**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> DYNATA, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 24-11057 (TMH) <br><br> Tax ID: 92-0188807 |
| In re: <br><br> NEW INSIGHT HOLDINGS, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 24-11058 (TMH) <br><br> Tax ID: 38-4051844 |
| In re: <br><br> NEW INSIGHT INTERMEDIATE HOLDINGS, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 24-11059 (TMH) <br><br> Tax ID: 82-3686495 |
| In re: <br><br> DYNATA HOLDINGS CORP., <br><br> Debtor. | Chapter 11 <br><br> Case No. 24-11060 (TMH) <br><br> Tax ID: 20-8090668 |
| In re: <br><br> RESEARCH NOW GROUP, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 24-11061 (TMH) <br><br> Tax ID: 83-3397588 |
| In re: <br><br> SSI/OPINIOLOGY INTERCO LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 24-11062 (TMH) <br><br> Tax ID: 45-2561855 |

| | |
|---|---|
| In re:<br><br>IPINION, INC.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 24-11063 (TMH)<br><br>Tax ID: 45-5249463 |
| In re:<br><br>RESEARCH NOW, INC.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 24-11064 (TMH)<br><br>Tax ID: 20-4005523 |
| In re:<br><br>SSI HOLDINGS, LLC,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 24-11065 (TMH)<br><br>Tax ID: 02-0666379 |
| In re:<br><br>NEW INSIGHT INTERNATIONAL, INC.<br><br>                    Debtor. | Chapter 11<br><br>Case No. 24-11066 (TMH)<br><br>Tax ID: |
| In re:<br><br>IMPERIUM LLC,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 24-11067 (TMH)<br><br>Tax ID: 06-1328375 |
| In re:<br><br>INBRAIN, LLC,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 24-11068 (TMH)<br><br>Tax ID: 84-3268031 |

| | |
|---|---|
| In re:<br><br>APPS THAT PAY, LLC,<br><br>              Debtor. | Chapter 11<br><br>Case No. 24-11069 (TMH)<br><br>Tax ID: 47-4569028 |
| In re:<br><br>INBRAIN HOLDINGS, LLC,<br><br>              Debtor. | Chapter 11<br><br>Case No. 24-11070 (TMH)<br><br>Tax ID: 84-4729696 |
| In re:<br><br>BRANDED RESEARCH, INC.,<br><br>              Debtor. | Chapter 11<br><br>Case No. 24-11071 (TMH)<br><br>Tax ID: 80-0879577 |
| In re:<br><br>SCREENLIFT.IO, LLC,<br><br>              Debtor. | Chapter 11<br><br>Case No. 24-11072 (TMH)<br><br>Tax ID: N/A |
| In re:<br><br>RESEARCH NOW DE I, LLC,<br><br>              Debtor. | Chapter 11<br><br>Case No. 24-11073 (TMH)<br><br>Tax ID: 27-3145528 |
| In re:<br><br>RESEARCH NOW DE II, LLC,<br><br>              Debtor. | Chapter 11<br><br>Case No. 24-11074 (TMH)<br><br>Tax ID: 27-3145613 |

| | |
|---|---|
| In re: | Chapter 11 |
| INSTANTLY, INC., | Case No. 24-11075 (TMH) |
| Debtor. | Tax ID: 26-2246756 |

**ORDER AUTHORIZING JOINT
ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of an order, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1, authorizing the joint administration of the Debtors' Chapter 11 Cases; and upon consideration of the Motion and all of the pleadings related thereto, including the First Day Declaration; and due and proper notice of the Motion having been given; and having determined that no other or further notice of the Motion is required; and having determined that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and having determined that venue of these Chapter 11 Cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of the hearing held on the Motion; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates and their creditors; and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED to the extent set forth herein.

2. These Chapter 11 Cases shall be consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. The Clerk of this Court shall maintain one file and one docket for all of these Chapter 11 Cases, which file and docket shall be the file and docket for the Chapter 11 Case of Debtor Dynata, LLC, Case No. 24-11057 (TMH).

4. All pleadings filed in these Chapter 11 Cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DYNATA, LLC, *et al.*,[1] | Case No. 24-11057 (TMH) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Dynata, LLC (8807), New Insight Holdings, Inc. (1844), New Insight Intermediate Holdings, Inc. (6495), Dynata Holdings Corp. (0668), Research Now Group, LLC (7588), SSI/Opiniology Interco LLC (1855), iPinion, Inc. (9463), Research Now, Inc. (5523), SSI Holdings, LLC (6379), New Insight International, Inc. (0453), Imperium LLC (8375), inBrain, LLC (8031), Apps That Pay, LLC (9028), inBrain Holdings, LLC (9696), Branded Research, Inc. (9577), Screenlift.io, LLC, Research Now DE I, LLC (5528), Research Now DE II, LLC (5613), and Instantly, Inc. (6756). The Debtors' headquarters is located at 4 Research Drive, Suite 300, Shelton, CT 06484.

5. All original pleadings shall be captioned as indicated in paragraph 4 and the Clerk of this Court shall make docket entries in the docket of each of these Chapter 11 Cases, other than the Chapter 11 Case of Dynata, LLC, substantially as follows:

An order has been entered in this case in accordance with Bankruptcy Rule 1015(b) directing the procedural consolidation and joint administration of the chapter 11 cases of Dynata, LLC. The docket in the chapter 11 case of Dynata, LLC, Case No. 24-11057 (TMH), should be consulted for all matters affecting these cases.

6. Nothing in the Motion or this Order is intended or shall be deemed or otherwise construed as directing or otherwise effecting a substantive consolidation of the Debtors' estates.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*Thomas M. Horan*

**Dated: May 23rd, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**