**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DYNATA, LLC, *et al.*,[1] | Case No. 24-11057 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR VIRTUAL HEARING ON JULY 2, 2024 AT 10:00 A.M. (ET)**

> **This proceeding will be held remotely via Zoom**. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool.

**RESOLVED MATTER:**

1. Debtors' Motion for Entry of Interim and Final Order Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidate List of the Debtors' Thirty Largest Unsecured Creditors and (III) File Under Seal Portions of the Creditor Matrix and Other Filings Containing Personal Identification Information [D.I. 10, 5/22/24]

    Related Documents:

    A. Interim Order Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidate List of the Debtors' Thirty Largest Unsecured Creditors and (III) File Under Seal Portions of the Creditor Matrix and Other Filings Containing Personal Identification Information [D.I. 75, 5/23/24]

    B. Omnibus Notice of First Day Motions and Final Hearing [D.I. 90, 5/24/24]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Dynata, LLC (8807), New Insight Holdings, Inc. (1844), New Insight Intermediate Holdings, Inc. (6495), Dynata Holdings Corp. (0668), Research Now Group, LLC (7588), SSI/Opiniology Interco LLC (1855), iPinion, Inc. (9463), Research Now, Inc. (5523), SSI Holdings, LLC (6379), New Insight International, Inc. (0453), Imperium LLC (8375), inBrain, LLC (8031), Apps That Pay, LLC (9028), inBrain Holdings, LLC (9696), Branded Research, Inc. (9577), Screenlift.io, LLC, Research Now DE I, LLC (5528), Research Now DE II, LLC (5613), and Instantly, Inc. (6756). The Debtors' headquarters is located at 4 Research Drive, Suite 300, Shelton, CT 06484.

- C. Certification of Counsel [D.I. 176, 6/28/24]

- D. Final Order Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidate List of the Debtors' Thirty Largest Unsecured Creditors and (III) File Under Seal Portions of the Creditor Matrix and Other Filings Containing Personal Identification Information [D.I. 177, 6/28/24]

Response Deadline:    June 13, 2024 at 4:00 p.m. (ET), *extended to June 21, 2024 at 4:00 p.m. (ET) for the Office of the United States Trustee.*

Responses Received:

- E. United States Trustee's Limited Objection [D.I. 146, 6/21/24]

Status:  The order has been entered.  No hearing is necessary.

## **PLAN CONFIRMATION**:

2. Confirmation of Joint Prepackaged Chapter 11 Plan of Reorganization of Dynata, LLC and Its Debtor Affiliates

    Related Documents:

    - A. Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to Joint Prepackaged Chapter 11 Plan of Reorganization of Dynata, LLC and Its Debtor Affiliates [D.I. 17, 5/22/24

    - B. Joint Prepackaged Chapter 11 Plan of Reorganization of Dynata, LLC and Its Debtor Affiliates [D.I. 18, 5/22/24]

    - C. Order (I) Scheduling Combined Hearing on Adequacy of the Disclosure Statement and Confirmation of the Plan; (II) Fixing Deadline to Object to Disclosure Statement and the Plan; (III) Approving Prepetition Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing and Objection Deadline; (IV) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (V) Conditionally (A) Directing the United States Trustee Not to Convene Section 341(a) Meeting of Creditors and (B) Waiving Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities and Rule 2015.3 Reports; and (VI) Granting Related Relief [D.I. 82, 5/23/24]

    - D. Notice of (I) Commencement of Chapter 11 Cases Under Chapter 11 of the Bankruptcy Code, (II) Combined Hearing to Consider (A) Adequacy of the Disclosure Statement and (B) Confirmation of the Plan, (III) Assumption of Executory Contracts and Unexpired Leases and (IV) Objection Deadlines – and – Summary of the Plan [D.I. 84, 5/23/24]

    - E. Certificate of Publication [D.I. 105, 6/4/24]

F.      Amended Affidavit of Service of Solicitation Materials [D.I. 152, 6/25/24]

G.      Amended Affidavit of Service of Solicitation Materials [D.I. 153, 6/25/24]

H.      Notice of Filing of Plan Supplement to Joint Prepackaged Plan of Reorganization of Dynata, LLC and Its Debtor Affiliates [D.I. 145, 6/18/24]

I.      Notice of Filing of Exhibits C, I, and K to Plan Supplement to Joint Prepackaged Plan of Reorganization of Dynata, LLC and Its Debtor Affiliates [D.I. 147, 6/22/24]

J.      Notice of Filing of Exhibits D, E, G, and H to Plan Supplement to Joint Prepackaged Plan of Reorganization of Dynata, LLC and Its Debtor Affiliates [D.I. 175, 6/27/24]

K.      Notice of Filing of Blackline of Amended Joint Prepackaged Plan of Reorganization of Dynata, LLC and Its Debtor Affiliates [D.I. 178, 6/28/24]

L.      Notice of Proposed Findings of Fact, Conclusions of Law and Order Approving and Confirming the Joint Prepackaged Plan of Reorganization of Dynata, LLC and Its Debtor Affiliates [D.I. 179, 6/28/24]

M.      Declaration of Tony Simion in Support of an Order (I) Approving the Adequacy of the Disclosure Statement and the Prepetition Solicitation Procedures and (II) Confirming the Joint Prepackaged Plan of Reorganization of Dynata, LLC and Its Debtor Affiliates [D.I. 180, 6/28/24]

N.      Declaration of Craig E. Johnson of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Joint Prepackaged Plan of Reorganization of Dynata, LLC and Its Debtor Affiliates [D.I. 181, 6/28/24]

O.      Memorandum of Law (A) in Support of an Order (I) Approving the Adequacy of the Disclosure Statement and the Prepetition Solicitation Procedures and (II) Confirming the Joint Prepackaged Plan of Reorganization of Dynata, LLC and Its Debtor Affiliates [D.I. 183, 6/28/24]

Response Deadline:    June 25, 2024 at 4:00 p.m. (ET), *extended to June 26, 2024 at 4:00 p.m. (ET) for the Office of the United States Trustee and Branded Research, Inc., and extended to June 28, 2024 at 10:00 a.m. (ET) for the United States of America.*

Responses Received:

P.      Informal Responses:

       i.     Office of the United States Trustee
       ii.     DIP Lenders
       iii.     First Lien Lenders
       iv.     First Lien Agent

      v.      Second Lien Lenders
      vi.     Second Lien Agent
      vii.    United States of America
      viii.   Branded Research, Inc.

<u>Status</u>:  This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: June 28, 2024
       Wilmington, Delaware

                **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                /s/  *Shella Borovinskaya*
                Edmon L. Morton (No. 3856)
                Matthew B. Lunn (No. 4119)
                Shella Borovinskaya (No. 6758)
                Kristin L. McElroy (No. 6871)
                Rodney Square
                1000 North King Street
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253
                Email:  emorton@ycst.com
                        mlunn@ycst.com
                        sborovinskaya@ycst.com
                        kmcelroy@ycst.com

                -and-

                **WILLKIE FARR & GALLAGHER LLP**
                Jeffrey D. Pawlitz (admitted *pro hac vice*)
                Andrew S. Mordkoff (admitted *pro hac vice*)
                Erin C. Ryan (admitted *pro hac vice*)
                Amanda X. Fang (*admitted pro hac vice*)
                787 Seventh Avenue
                New York, New York 10019-6099
                Telephone: (212) 728-8000
                Facsimile: (212) 728-8111
                Email:  jpawlitz@willkie.com
                        amordkoff@willkie.com
                        eryan@willkie.com
                        afang@willkie.com

                *Co-Counsel to the Debtors*
                *and Debtors in Possession*