| | |
|---|---|
| In re: <br><br> INSTANTLY, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 24-11075 (TMH) <br><br> **Ref. Docket No. 237** |

**ORDER AND FINAL DECREE (I) CLOSING THE CHAPTER 11 CASES;
(II) TERMINATING CLAIMS AND NOTICING SERVICES; AND
(III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the Reorganized Debtors for entry of a final decree (this "Final Decree") (i) closing the Chapter 11 Cases; (ii) terminating the Claims and Noticing Services of Kroll; and (iii) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a Final Decree consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of and opportunity for a hearing on the Motion were appropriate and no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1. The Motion is granted as set forth herein.

2. The Chapter 11 Cases of Dynata, LLC (Case No. 24-11057) (TMH), New Insight Holdings, Inc. (Case No. 24-11058) (TMH), New Insight Intermediate Holdings, Inc. (Case No. 24-11059) (TMH), Dynata Holdings Corp. (Case No. 24-11060) (TMH), Research Now Group, LLC (Case No. 24-11061) (TMH), SSI/Opiniology Interco LLC (Case No. 24-11062) (TMH), iPinion, Inc. (Case No. 24-11063) (TMH), Research Now, Inc. (Case No. 24-11064) (TMH), SSI Holdings, LLC (Case No. 24-11065) (TMH), New Insight International, Inc. (Case No. 24-11066) (TMH), Imperium LLC (Case No. 24-11067) (TMH), InBrain, LLC (Case No. 24-11068) (TMH), Apps That Pay, LLC (Case No. 24-11069) (TMH), InBrain Holdings, LLC (Case No. 24-11070) (TMH), Branded Research, Inc. (Case No. 24-11071) (TMH), ScreenLift.io, LLC (Case No. 24-11072) (TMH), Research Now DE I, LLC (Case No. 24-11073) (TMH), Research Now DE II, LLC (Case No. 24-11074) (TMH) and Instantly, Inc. (Case No. 24-11075) (TMH) are hereby closed, effective as of the entry of this Final Decree.

3. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors, the U.S. Trustee, or any other party in interest to seek to reopen the Chapter 11 Cases.

4. Within thirty (30) days of entry of this Final Decree, the Reorganized Debtors shall (i) file with this Court and provide to the U.S. Trustee all outstanding post-confirmation reports, and (ii) pay all fees due and payable pursuant to 28 U.S.C. § 1930, if any.

5. The Clerk of the Court shall enter this Final Decree on the docket of each of the Chapter 11 Cases and thereafter such docket shall be marked as "Closed."

6. The Claims and Noticing Services provided by Kroll are terminated in accordance with the Motion upon the completion of the services listed in paragraph 7 below. Thereafter, Kroll shall have no further obligations to this Court, the Reorganized Debtors, their estates, or any other party in interest with respect to the Claims and Noticing Services.

7. Pursuant to Local Rule 2002-1(f)(ix), within twenty-eight (28) days of the entry of this Final Decree, Kroll shall: (a) forward to the Clerk of the Court an electronic version of all imaged proofs of claim; (b) upload the creditor mailing list into CM/ECF; and (c) file a final claims register containing claims asserted in all of the Chapter 11 Cases, if any, on the docket of the main case.

8. If Kroll receives any mail regarding the Reorganized Debtors or the Reorganized Debtors' estates after entry of this Final Decree, Kroll shall collect and forward such mail to the Reorganized Debtors as soon as is practicable.

9. The Reorganized Debtors and Kroll are authorized to take all actions that may be necessary to undertake the relief granted in this Final Decree.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Final Decree.

11. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

*Thomas M. Horan*

**Dated: September 13th, 2024**  
**Wilmington, Delaware**

**THOMAS M. HORAN**  
**UNITED STATES BANKRUPTCY JUDGE**